In the Matter of the Claim of PHILLIP KELLEHER,
Respondent.
FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Argued May 21, 1940; decided June 11, 1940.

*John J. Bennett, Jr., Attorney-General (Francis R. Curran, W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Arthur T. McAvoy* for respondent.

Order of the Appellate Division reversed and determination of the Unemployment Insurance Appeal Board reinstated, without costs. The reversal by the Appellate Division was not upon the facts and we find no error of law in the determination of the Appeal Board. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.